[No. 38414-1-II.   Division Two.   October 20, 2009.]

*In the Matter of the Marriage of* CAROLYN E. YOUNG, *Respondent*, and MATTHEW J. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-3-02565-2, Stephanie A. Arend, J., entered September 5, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Lau, JJ.

[No. 38459-1-II.   Division Two.   October 20, 2009.]

THOMAS L. RAGLIN ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-2-01215-2, James E. Warme, J., entered September 15, 2008. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38485-0-II.   Division Two.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GERALD WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00110-9, Vicki L. Hogan, J., entered October 20, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38697-6-II.   Division Two.   October 20, 2009.]

JOHN WORTHINGTON, *Appellant*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-01410-7, Chris Wickham, J., entered December 30, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.